IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MICHAEL YOST,                )
                             )
        Petitioner,          )
                             )
    v.                       )   Civ. No. 04-948-SLR
                             )
THOMAS L. CARROLL,           )
Warden,                      )
                             )
        Respondent.          )

**ORDER**

At Wilmington this 7th day of September, 2005, consistent with the memorandum opinion issued this same day;

IT IS HEREBY ORDERED that:

1. Petitioner Michael Yost's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED, and the relief requested therein is DENIED. (D.I. 1)

2. The court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE